1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYL DAVONN JOHN NEWTON,              No.  2:14-cv-2049-EFB P

12                  Petitioner,

13          v.                               ORDER

14   ERIN ARNOLD,

15                  Respondent.

16

17          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the

19   required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the

20   opportunity to either submit the appropriate affidavit in support of a request to proceed in forma

21   pauperis or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27   /////

28   /////

1

1   2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2 form used by this district.

3 Dated:  September 11, 2014.

4          EDMUND F. BRENNAN

5          UNITED STATES MAGISTRATE JUDGE