UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VINCENT ROOD,<br><br>Petitioner,<br><br>v.<br><br>GARY SWARTHOUT,<br><br>Respondent. | No. 2:12-cv-01476 AC P<br><br><br><br>ORDER |

In light of respondent's response filed May 7, 2015, ECF No. 52, the Order to Show Cause filed May 5, 2015, ECF No. 50, IS HEREBY DISCHARGED. This action proceeds pursuant to the parties' consent to the jurisdiction of the undersigned Magistrate Judge for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a); see also ECF Nos. 7, 13.

DATED: May 8, 2015

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE