UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VINCENT ROOD,<br><br>Petitioner,<br><br>v.<br><br>GARY SWARTHOUT,<br><br>Respondent. | No. 2:12-cv-1476 MCE AC P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the June 26, 2019, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 76) is granted; and
2. Petitioner shall file his objections to the findings and recommendations within thirty days from the date of this order.

DATED: July 18, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE